**Electronically Filed
Supreme Court
SCWC-17-0000549
20-NOV-2023
08:38 AM
Dkt. 20 ODAC**

SCWC-17-0000549

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JAMES KREITMAN,
Petitioner/Plaintiff-Appellee,

vs.

JAMES MILTON DAY, JR. and JENNIVER ELLEN DEMOSS DAY,
Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000549; CASE NO. 3CC15100253K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, JJ.,
Circuit Judge Viola and Circuit Judge Souza,
assigned by reason of vacancies)

Petitioner/Plaintiff-Appellee James Kreitman's Application

for Writ of Certiorari filed on September 28, 2023, is rejected.

DATED:  Honolulu, Hawai'i, November 20, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Matthew J. Viola

/s/ Kevin A.K. Souza

